# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| VINCENT MARK SANTANA,<br><br>                         Plaintiff,<br><br>  v.<br><br>DAVID REVUS, *et al.*,<br><br>                         Defendants. | Case No. 3:23-cv-00395-LRH-CSD<br><br>**ORDER RE: SERVICE OF PROCESS** |

      The Office of the Attorney General did not accept service of process on behalf of Defendants **Valaree Olivas** and **Sarah Rushton**, who are no longer employees of the Nevada Department of Corrections. (ECF No. 11.) However, the Attorney General has filed the last known addresses of these Defendants under seal. (ECF No. 12.)

      The Clerk shall ISSUE summonses for **Valaree Olivas** and **Sarah Rushton** and send the same to the U.S. Marshal with the addresses provided under seal. (ECF No. 12.) The Clerk shall also SEND sufficient copies of the First Amended Complaint (ECF No. 10), the screening order (ECF No. 9), and this order to the U.S. Marshal for service on Defendants Olivas and Rushton. The court will separately provide to the U.S. Marshal completed USM 285 forms for the Defendants.

      Plaintiff is reminded that **June 30, 2024**, is the deadline to complete service of process pursuant to Fed. R. Civ. P. 4(m).

      **IT IS SO ORDERED.**

      DATED: May 14, 2024.

_____
UNITED STATES MAGISTRATE JUDGE