MARGARET A. MCLETCHIE, Nevada Bar No. 10931
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW**
602 South 10th Street
Las Vegas, NV 89101
Telephone: (702) 728-5300 / Fax: (702) 425-8220
Email: efile@nvlitigation.com
*Counsel for Plaintiff Vincent Santana*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| VINCENT SANTANA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, ex. rel. NEVADA DEPARTMENT OF CORRECTIONS; DANA MARKS, as an individual; ERIN PARKS, as an individual; SARAH RUSHTON, as an individual; DESIREE HULTENSCHMIDT, as an individual; VALAREE OLIVAS, as an individual; STATE OF NEVADA, ex. rel. NEVADA DEPARTMENT OF CORRECTIONS; STATE OF NEVADA ex. rel. BOARD OF PRISON COMMISSIONERS; JOSEPH LOMBARDO, in his official capacity; AARON FORD, in his official capacity; FRANCISCO AGUILAR, in his official capacity; JAMES DZURENDA, in his official capacity; and JOSEPH BENSON, in his official capacity; and DOES 1-10 inclusive.<br><br>Defendants. | Case No.: 3:23-cv-00395-ART-CSD<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE TO FILE RESPONSE TO MOTION TO DISMISS**<br><br>**(THIRD REQUEST)** |

   Plaintiff Vincent Santana and Defendants State of Nevada ex. rel. Nevada Department of Corrections, et. al., by and through their respective counsel, hereby stipulate and request that this Court grant an extension of time for Plaintiff to file his response to Defendants' Motion to Dismiss (ECF No. 22.) In addition to Plaintiff's counsel's family medical emergencies in May and June, 2024 (*see* ECF No. 31) which continue to require Plaintiff's

1

1  counsel's attention, Plaintiff's counsel have been required to devote substantial attention to other
2  recent and upcoming deadlines, including but not limited to: replying in support of a writ petition
3  before the Nevada Supreme Court on June 27, 2024, responding to a motion to dismiss in civil
4  rights matter in this District on July 9, 2024; and, submitting an opening brief and appendix in
5  an appeal to the Nevada Supreme Court on July 15, 2024. The Parties agree that a 14-day
6  extension of time would be appropriate. This is the third request for an extension of this deadline.

7  This extension is to allow Plaintiff to properly review and respond to the motion to
8  dismiss and not for the purpose of delay. The parties respectfully request this Court adjust the
9  deadlines as set forth above—specifically, moving the deadline to respond to the motion to
10 dismiss from **July 12, 2024** to **July 26, 2024**.

**IT IS SO STIPULATED.**

DATED this 10th day of July, 2024.                    DATED this 10th day of July, 2024.

**MCLETCHIE LAW**                                     AARON D. FORD, Attorney General

By: */s/ Leo S. Wolpert*                               */s/ Andrew C. Nelson*
MARGARET A. MCLETCHIE                                  ANDREW C. NELSON
Nevada Bar No. 10931                                   Nevada Bar No. 15971
LEO S. WOLPERT,                                        Senior Deputy Attorney General
Nevada Bar No. 12658                                   NATHAN M. CLAUS
602 South Tenth Street                                 Nevada Bar No. 15889
Las Vegas, Nevada 89101                                Deputy Attorney General
Telephone: (702) 728-5300                              State of Nevada
Fax: (702) 425-8220                                    100 N. Carson Street
Email: efile@nvlitigation.com                          Carson City, Nevada 89701-4717
*Attorneys for Plaintiff*                              Tel: (775) 684-1227
                                                       E-mail: acnelson@ag.nv.gov
                                                       *Attorneys for Defendants*

**ORDER**

**IT IS SO ORDERED.**
DATED: July 11, 2024.



U.S. MAGISTRATE JUDGE